JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERESA L. DAVIS, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM LIFE INSURANCE COMPANY.,<br><br>Defendant. | Case No. CV 17-8773 FMO (KSx)<br><br>**ORDER DISMISSING ACTION** |

The complaint in the above-captioned case contains individual and class allegations. The court is informed that the parties have settled plaintiff's individual claims with prejudice, and that the class claims will be dismissed without prejudice. (See Dkt. 48, Notice of Settlement).

Having reviewed the case file and determined that no prejudice to the putative class will result from the dismissal, IT IS ORDERED that the above-captioned action is hereby **dismissed** with prejudice as to plaintiff and without prejudice as to the putative class. The dismissal shall be without costs (except as provided in any agreement between the parties) and plaintiff shall retain the right, in her individual capacity, upon good cause shown within **45 days from the filing date of this Order,** to re-open the action if settlement is not consummated. The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated this 24th day of January, 2019.                /s/
                                                                        Fernando M. Olguin
                                                                    United States District Judge